IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

JONATHAN PARKER,

    Plaintiff,

v.

Docket No. 1:05-cv-01358 T/An

HENDERSON COUNTY, TENNESSEE,
RICKY LUNSFORD, INDIVIDUALLY AND
IN HIS CAPACITY AS SHERIFF OF
HENDERSON COUNTY, TENNESSEE; AND
THE CITY OF LEXINGTON AND ROGER
LOFTON, INDIVIDUALLY AND IN HIS
CAPACITY AS CHIEF OF POLICE FOR
LEXINGTON, TENNESSEE; DAVID
STANHOPE, JEFF MIDDLETON, MARK WOOD,
CHRIS JAMES, BRENT MARCUM AND
OTHER UNIDENTIFIED OFFICERS OF THE
HENDERSON COUNTY SHERIFF'S
DEPARTMENT OR LEXINGTON POLICE
DEPARTMENT, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

This matter came before the Court pursuant to Defendants' motion for an extension of time up to an including January 6, 2006, for filing a their responsive pleading. It appearing to the Court that the parties are in agreement,

IT IS, THEREFORE ORDERED that Defendants have up to and including January 6, 2006, to file a responsive pleading in this matter.

This the 21st day of December, 2005.

S. Thomas Anderson USMJ
~~HONORABLE JAMES D. TODD~~, Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01358 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Jeffrey P. Boyd
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John D. Burleson
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT