IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

**JONATHAN PARKER,**

    Plaintiff,

v.                                           Docket No.  1:05-cv-01358 T/An

**HENDERSON COUNTY, TENNESSEE,
RICKY LUNSFORD, INDIVIDUALLY AND
IN HIS CAPACITY AS SHERIFF OF
HENDERSON COUNTY, TENNESSEE; AND
THE CITY OF LEXINGTON AND ROGER
LOFTIN, INDIVIDUALLY AND IN HIS
CAPACITY AS CHIEF OF POLICE FOR
LEXINGTON, TENNESSEE; DAVID
STANHOPE, JEFF MIDDLETON, MARK WOOD,
CHRIS JAMES, BRENT MARCUM AND
OTHER UNIDENTIFIED OFFICERS OF THE
HENDERSON COUNTY SHERIFF'S
DEPARTMENT OR LEXINGTON POLICE
DEPARTMENT, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY,**

    Defendants.

---

## ORDER COMPELLING DISCLOSURE OF INVESTIGATIVE FILE OF THE TENNESSEE BUREAU OF INVESTIGATION

This matter came before the Court pursuant to a Joint Motion filed by the parties seeking disclosure of the Investigative File of the Tennessee Bureau of Investigation ("TBI") regarding the shooting of Jonathan Parker on November 19, 2004, in Lexington, Henderson County, Tennessee.

It appearing to the Court that the parties are in agreement that the file should be produced, and the TBI has no objection to the entry of this Order,

IT IS, THEREFORE ORDERED that the TBI shall produce this file to Dale Conder, Jr. at 209 East Main Street, Jackson, Tennessee 38301, or at such other mutually

agreeable location, and said counsel shall then be responsible for providing it to counsel for the other parties provided the parties pay their portion of any copying costs.

IT IS FURTHER ORDERED, that counsel for the parties of this litigation shall execute a Limited Non-Disclosure Agreement to be prepared and circulated by counsel for the TBI prior to the disclosure of this file.

Entered this the 21st day of December, 2005.

S. Thomas Anderson USMJ
~~HONORABLE JAMES D. TODD, Judge~~

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01358 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Jeffrey P. Boyd
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John D. Burleson
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38301

Jeanne Broadwell
Tennessee Bureau of Investigation
901 R.S. Gass Blvd.
Nashville, TN 37126

Honorable James Todd
US DISTRICT COURT